# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DIXIE RUSSELL,** | : | |
| **Plaintiff,** | : | **Case No. 2:10-cv-360** |
| v. | : | **Judge Holschuh** |
| **MARY BRUMLOW, et al.,** | : | **Magistrate Judge Preston Deavers** |
| **Defendants.** | : | |
| | : | |

## ORDER

On April 28, 2010, Magistrate Judge Preston Deavers issued a Report and Recommendation, recommending that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for lack of subject matter jurisdiction. Although Plaintiff was advised of her right to file objections to the Report and Recommendation and of the consequences of failing to do so, no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. 3) and **DISMISSES** this case with prejudice.

**IT IS SO ORDERED.**

Date: May 18, 2010                            **/s/ John D. Holschuh**
                                                                           John D. Holschuh, Judge
                                                                           United States District Court